# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WAYNE MICHAEL BURKE and<br>LEA ANN BURKE | § § § | |
| v. | § § | Case No. 4:10cv671<br>(Judge Schneider/ Judge Mazzant) |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, ET AL. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 7, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion for Summary Judgment (Dkt. #19) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion for Summary Judgment (Dkt. #19) is **GRANTED**. Plaintiffs shall take nothing from their claims against Wells Fargo Bank, N.A. and Federal National Mortgage Association, and this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**SIGNED this 31st day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE